Jan 26, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20054-CR-MOORE/MCALILEY

21 U.S.C. § 952(a)
21 U.S.C. § 846
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

DENNIS MORALES and
VALDEMAR RIVERA,

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Importation of a Controlled Substance
### (21 U.S.C. § 952(a))

On or about December 30, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DENNIS MORALES,**

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(3), it is further alleged that this violation involved a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine hydrochloride, commonly known as "MDMA" or "Ecstasy," a Schedule I controlled substance.

## COUNT 2
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846)

From in or around December 2015, the exact date being unknown to the Grand Jury, and continuing through on or about January 7, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**DENNIS MORALES and
VALDEMAR RIVERA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them is a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine hydrochloride, commonly known as "MDMA" or "Ecstasy," a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 3
### Attempt to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846)

On or about January 7, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**DENNIS MORALES and
VALDEMAR RIVERA,**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title

21, United States Code, Section 846, and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of 3, 4-methylenedioxymethamphetamine hydrochloride, commonly known as "MDMA" or "Ecstasy," a Schedule I controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **DENNIS MORALES** and **VALDEMAR RIVERA**, have an interest.

2. Upon conviction of any of the violations alleged in this Indictment, the defendants shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1)-(2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ANNE P. MCNAMARA
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.

**DENNIS MORALES and
VALDEMAR RIVERA,**

        **Defendants.**
_____ /   **Superseding Case Information:**

**Court Division**: (Select One)          New Defendant(s)          Yes ____ No ____
                                         Number of New Defendants
_X_ Miami      ___ Key West              Total number of counts
___ FTL        ___ WPB       ___ FTP

    I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:  (Yes or No)    No
    List language and/or dialect

4.  This case will take   3   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                          (Check only one)

    I    0 to 5 days        _x_          Petty     ____
    II   6 to 10 days       ____         Minor     ____
    III  11 to 20 days      ____         Misdem.   ____
    IV   21 to 60 days      ____         Felony    _x_
    V    61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No)   No
    If yes:
    Judge:                         Case No.
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?  (Yes or No)   Yes
    If yes:
    Magistrate Case No.           16-cr-2024-JJO
    Related Miscellaneous numbers:
    Defendant(s) in federal custody as of
    Defendant(s) in state custody as of
    Rule 20 from the District of
    Is this a potential death penalty case? (Yes or No)   No

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     Yes ____   No _x_

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     Yes ____   No _x_

                                    _____
                                    ANNE P. MCNAMARA
                                    ASSISTANT UNITED STATES ATTORNEY
                                    FLORIDA SPECIAL BAR NO. A5501847

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   DENNIS MORALES

**Case No:**   _____

Count #: 1

Importation of a Controlled Substance

Title 21, United States Code, Section 952(a)

\*Max. Penalties: 20 Years' Imprisonment


Count #: 2

Conspiracy to Possess with the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846

\*Max. Penalties: 20 Years' Imprisonment

Count #: 3

Attempt to Possess with the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846

\*Max. Penalties: 20 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** VALDEMAR RIVERA

**Case No:** _____

Count #: 2

Conspiracy to Possess with the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846

**\*Max. Penalties:** 20 Years' Imprisonment

Count #: 3

Attempt to Possess with the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846

**\*Max. Penalties:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**