UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20054-CR-MOORE

**UNITED STATES OF AMERICA,**

vs.

**DENNIS MORALES, et al.,**
          **Defendants.**
_____/

## NOTICE OF APPEARANCE

COMES NOW, The United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned Assistant U.S. Attorney has been assigned to the above captioned case.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   s/Anne McNamara
      ANNE McNAMARA
      Assistant United States Attorney
      Court No. A5501841
      Email: anne.mcnamara2@usdoj.gov
      United States Attorney's Office
      King Federal Justice Building
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Telephone: (305) 961-9213
      Facsimile: (305) 530-7976

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **27th** day of **January**, **2016**, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

s/ Anne McNamara
ANNE McNAMARA
Assistant United States Attorney