UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20054-CR-MOORE/MCALILEY

UNITED STATES OF AMERICA

vs.

DENNIS MORALES and
VALDEMAR RIVERA,

        Defendants.
_____/

GOVERNMENT'S FIRST RESPONSE
TO THE STANDING DISCOVERY ORDER

The United States hereby files this first response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.   1.   A copy of any known written or recorded statements made by the defendants has been produced.

       2.   The portion of the written record containing the substance of any oral statement made by the defendants before or after arrest in response to interrogation by any person then known to the defendants to be a government agent has been produced.

       3.   The defendants have not testified before the Grand Jury in connection with the charged offenses.

       4.   The NCIC records of the defendants have been produced to the attorney for the defendant who is the subject of the record(s).

       5.   Except as provided in Fed. R. Crim. P. 16(a)(2), books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendants, are attached to this response to the extent practicable but not filed with the Court. Other items, including cellular phone imaging reports and additional items that may become available at a later date, may be inspected at a mutually convenient time at the Office of the United States Attorney, 99 Northeast 4th Street, Miami, Florida, Suite 600. Please call the undersigned to set

    up a date and time that is convenient to both parties.

    The attachments produced in connection to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

  6. Upon receipt, the United States will provide a formal laboratory analysis of the substances seized in connection with this case.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976).

D. The government will disclose to the defense the existence of any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), and <u>Napue v. Illinois</u>, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. No lineup, show up, photo spread or similar identification proceedings were done in connection with this case.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will timely advise the defendant(s) of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I. The defendants are not aggrieved persons, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J. The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this case.

K. No request to deliver contraband to a recognized chemical analyst has been received in this case.

L.        The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.        The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendants.

N.        To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

O.        The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial.

P.        At the discovery conference scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the respective defendants and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense is set forth in the indictment.

The attachments provided in connection with in this response are numbered MORALES_RIVERA_000001 to 000078, DENNIS_MORALES_000001-000010, and VALDEMAR_RIVERA_000001-000004. In addition, one CD/DVD disk was produced. Please contact the undersigned Assistant United States Attorney if any pages or recordings are missing.

                                      Respectfully submitted,

                                      WIFREDO A. FERRER
                                      UNITED STATES ATTORNEY

By:    */s/ Anne P. McNamara*
        Anne P. McNamara
        Assistant United States Attorney
        Court Id. No. A5501847
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9213
        Fax: (305) 530-7976
        Email: Anne.McNamara2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 10, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF.

/s/Anne P. McNamara
Assistant United States Attorney