DG:ajw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20054-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DENNIS MORALES, *et. al.*,

       Defendants.
_____/

## NOTICE OF APPEARANCE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Appearance as counsel on behalf of the United States regarding issues of criminal forfeiture in this cause.

       Respectfully submitted,

       WIFREDO A. FERRER
       UNITED STATES ATTORNEY

By:   s/*Daren Grove*
       Daren Grove (Court No. A5501243)
       Assistant United States Attorney
       E-mail: daren.grove@usdoj.gov
       99 NE 4th Street - 7th Floor
       Miami, Florida 33132
       Telephone: (305) 961-9294
       Facsimile: (305) 536-7599

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2016, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

                                            s/*Daren Grove*
                                            Daren Grove
                                            Assistant United States Attorney