UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20054-CR-MOORE/MCALILEY

UNITED STATES OF AMERICA

vs.

VALDEMAR RIVERA,

        Defendant.
_____/

## FACTUAL PROFFER

The United States of America and the Defendant Valdemar Rivera (hereinafter, the "Defendant" or "Rivera"), hereby agree that were this case to proceed to trial, the United States of America would prove the following facts beyond a reasonable doubt:

1.    On December 30, 2015, Customs and Border Protection ("CBP") Officers assigned to the United States Postal Service Foreign Mail Facility in Miami, Florida seized a mail parcel (the "Parcel"), bearing tracking number CC044299005NL, which arrived in Miami from the Netherlands. The Parcel was addressed to "Juan Garcia" at the Mayfair Hotel, 3000 Florida Avenue in Miami. The Parcel contained 477 pills of 3,4-methylenedioxymethamphetamine, commonly known as Ecstasy.

2.    On January 7, 2016, law enforcement conducted surveillance, and made a controlled delivery of the Parcel to the Mayfair Hotel. Before making the controlled delivery, law enforcement removed the Ecstasy from the Parcel, and replaced it with sham narcotics. The Parcel was delivered to the Mayfair Hotel, and placed it in the hotel's mail room. Shortly thereafter, Rivera, an employee at the Mayfair Hotel, took possession of the Parcel.

3. Post-*Miranda,* Rivera admitted that he had agreed to be paid $300 by co-conspirator Dennis Morales ("Morales") to receive the package, which he knew contained narcotics, and deliver it to Morales.

4. Rivera provided consent for law enforcement to search his cellular phone. A review of his phone revealed communications between Rivera and Morales relating to the delivery of the package, and to the purchase of controlled substances.

The information contained in this proffer is not a complete recitation of the facts and circumstances of this case, but the parties admit it is sufficient to prove beyond a reasonable doubt violation of Title 21, United States Code, Sections 841(a)(1) and 846, as charged in Count 2 of the Indictment.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 3/1/16    By: _____
ANNE P. McNAMARA
ASSISTANT UNITED STATES ATTORNEY

Date: 3/1/16    By: _____
DAVID DONET
ATTORNEY FOR DEFENDANT

Date: 3/1/16    By: _____
VALDEMAR RIVERA
DEFENDANT

2